the First Circuit denied.  *Mr. T. Tileston Wells* for petitioner.
*Mr. John J. Winn* for respondent.

---

No. 601. THE TOWN OF FLETCHER, PETITIONER, *v.* SAMUEL
G. HICKMAN.  March 5, 1906.  Petition for a writ of cer-
tiorari to the United States Circuit Court of Appeals for the
Eighth Circuit denied.  *Mr. Robert W. Bonynge* and *Mr.
Halsted L. Ritter* for petitioner.  *Mr. Thomas K. Skinker* for
respondent.

---

No. 613. LIVERPOOL, BRAZIL AND RIVER PLATE STEAM
NAVIGATION COMPANY, LIMITED, ET AL., PETITIONERS, *v.* THE
STEAMSHIP EAGLE POINT, ETC.  March 12, 1906.  Petition
for a writ of certiorari to the United States Circuit Court of
Appeals for the Third Circuit denied.  *Mr. Harrington Put-
nam, Mr. Charles C. Burlingham, Mr. H. G. Ward* and *Mr.
George H. Emerson* for petitioners.  *Mr. Wilhelmus Mynderse*
for respondent.

---

No. 610. EDWIN S. HARTWELL LUMBER COMPANY, PETI-
TIONER, *v.* THE UNITED STATES; and No. 611. JOHN SPRY
LUMBER COMPANY, PETITIONER, *v.* THE UNITED STATES.
March 19, 1906.  Petitions for writs of certiorari to the United
States Circuit Court of Appeals for the Seventh Circuit denied.
*Mr. Jacob Newman, Mr. Salmon O. Levinson* and *Mr. Benja-
min V. Becker* for petitioners.  *The Attorney General* and *The
Solicitor General* for respondent.

---

No. 619. NATIONAL SALT COMPANY, PETITIONER, *v.* GEORGE
S. INGRAHAM.  March 19, 1906.  Petition for a writ of cer-
tiorari to the United States Circuit Court of Appeals for the